Weigel v. Weigel.

PHILIP WEIGEL, JR., respondent,

*v.*

ALICE WEIGEL, appellant.

[Filed March 4th, 1903.]

On appeal from a decree advised by Vice-Chancellor Grey, whose opinion is reported in *18 Dick. Ch. Rep. 677*.

PER CURIAM.

The decree appealed from is affirmed, for the reasons stated in the opinion of Vice-Chancellor Grey in the court below.

*For affirmance*—THE CHIEF-JUSTICE, VAN SYCKEL, FORT, GARRETSON, HENDRICKSON, PITNEY, BOGERT, VREDENBURGH, VOORHEES—9.

*For reversal*—DIXON, VROOM—2.